June 17, 2008

Hon. Harold Baer
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

                                      By FAX and ECF

    re: USA v. Cruqui
      08 Cr 442(HB)

                                    MOTION TO CONTINUE

Dear Judge Baer;

      With the consent of AUSA Dabbs I am writing to request a 2-3 week adjournment of the June 19th status conference to permit me to review the discovery materials, received today with defendant Cruqui.  The materials include a search warrant, post arrest statements, a proffer statement, and 3 CDs containing conversations between defendant and a cooperator in Spanish.
      Defendant will waive "speedy trial" time during this adjournment period.
      Alternately, I request the June 19th conference be held after 3:45 PM because I have a sentence hearing at 11:30 before Judge Gershon in the Eastern District that I don't believe will be completed in time to permit me to appear at 12:30.
      Thank you.

                                  Very truly yours,
                                        /s

                                  B. Alan Seidler

bas/ee