

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

**U.S. Department of Justice**

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 18, 2008

**BY FACSIMILE**

The Honorable Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl Street, Room 2230
New York, New York 10007
Fax: (212) 805-7901

      Re:    United States v. Fausto Roberto Valdez-Cruqui, et al.
              S1 08 Cr. 442 (HB)

Dear Judge Baer:

      I have been informed by Your Honor's deputy that the Court, at the request of counsel for defendant Valdez-Cruqui, and with the consent of the Government, has adjourned the conference previously scheduled in this matter to take place on June 19, 2008, at 12:30 p.m., until Thursday, July 10, 2008, at 9:30 a.m. At the request of the Court, the Government has notified the parties of this change to the schedule. The Government respectfully requests that the time between today's date and the new conference date of July 10 be excluded, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), in order to permit the defendants to review the discovery materials in the case and to contemplate any motions, and to permit the parties to discuss a possible disposition of the case. Counsel for both defendants have consented to the exclusion of time for these reasons.

*[Handwritten: Time excluded until 7/10/08]*
*[Handwritten: SO ORDERED: Harold Baer, Jr., U.S.D.J. 6/18/08]*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Jenna Dabbs
Assistant United States Attorney
(212) 637-2212 (tel)
(212) 637-2387 (fax)

cc:    B. Alan Seidler, Esq. (by facsimile)
       Stephanie M. Carvlin, Esq. (by facsimile)